1  GOLDSMITH & HULL/580784
A Professional Corporation
2  VALERIA BARINOVA    (Bar No.  224422)
16000 Ventura Blvd., Suite 900
3  Encino, CA 91436-2760
Tel.: (818) 990-6600
4  Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**
5

6  Attorneys For Judgment Creditor

7

8                    UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  CASE NO. A99 01183
                                       )
12              Plaintiff,             )
                                       )
13  v.                                 )
                                       )  ORDER   GRANTING   PLAINTIFF'S
14                                     )  APPLICATION   PERMITTING
    ANTHONY   D.   REYES   AKA         )  SERVICE OF PROCESS [PROPOSED]
15  ANTHONY REYES                      )
                                       )
16              Defendant.             )
                                       )
17  _____)

18

19          IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting

20  Service of Process is Granted, and that any agent of  ROTTNER ATTORNEY

21  SERVICE, who is at least 18 years of age, of suitable discretion, and not a party for this

22  action, be authorized and appointed to serve the writ issued in this action.

23

24          IT IS SO ORDERED

25

26  Dated: 6/4/07

27  ALICEMARIE H. STOTLER, CHIEF DISTRICT JUDGE
    UNITED STATES DISTRICT COURT

28

                                    27